

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2014

No. 04-14-00387-CV

Comfort D. **ROBERTS**,
Appellant

v.

**BEST & SPRUILL**, Allison Spruill, Delta Best, Daryl Quijano, and Kenneth Welch,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03206
Honorable Janet P. Littlejohn, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

We order that appellant Comfort D. Roberts pay all costs incurred because of this appeal.

It is so **ORDERED** on August 6, 2014.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2014.

Keith E. Hottle, Clerk